UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| ROBERT DAVID NEAL, | ) | |
| | ) | |
| Petitioner, | ) | |
| vs. | ) | 2:12-cv-193-JMS-WGH |
| | ) | |
| JOHN C. OLIVER, | ) | |
| | ) | |
| Respondent. | ) | |

**Entry and Order to Show Cause**

The court, having considered the above action and the matters which are pending, makes the following rulings:

1. The United States is **notified** of the filing of the amended petition for a writ of habeas corpus pursuant to 28 U.S.C. ' 2241. This material has been scanned into the court=s electronic docket. A copy of this Entry and Order to Show Cause shall be **distributed to** the United States Attorney.

2. The respondent shall have **through November 13, 2012,** in which to answer the allegations of the habeas petition, and in doing so shall **show cause** why the relief sought by the petitioner should not be granted. The petitioner shall have **thirty (30) days after service of the answer** in which to reply.

3. The petitioner shall have **through October 25, 2012,** in which to pay the Five Dollar ($5.00) filing fee or demonstrate his financial inability to do so.

**IT IS SO ORDERED.**

Date: 09/24/2012

*Jane Magnus-Stinson*

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution:**

**Robert David Neal**
**#15151-180**
**Terre Haute USP**
**Inmate Mail/Parcels**
**P.O. Box 33**
**Terre Haute, IN 47808**

**Office of the United States Attorney**
**10 West Market Street   Suite 2100**
**Indianapolis, IN   46204-3048**