UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| ROBERT DAVID NEAL,                  )<br>                                                     )<br>                    Petitioner,        )<br>     vs.                                           )     2:12-cv-193-JMS-WGH<br>                                                     )<br>JOHN C. OLIVER,                        )<br>                                                     )<br>                    Respondent.   ) | |

### Order Denying Motion to Alter or Amend Judgment

The petitioner's motion to alter or amend judgment [dkt. 45] is treated as labeled in relation to final judgment issued on July 1, 2013, and as so treated is **denied**. The reason for this ruling is that the action was properly dismissed for the reasons explained in the Entry of April 24, 2012. *Harrington v. City of Chicago,* 433 F.3d 542, 546 (7th Cir. 2006) ("Altering or amending a judgment under Rule 59(e) is permissible when there is newly discovered evidence or there has been a manifest error of law or fact.")(citing *Bordelon v. Chicago Sch. Reform Bd. of Trs.,* 233 F.3d 524, 529 (7th Cir. 2000)).

**IT IS SO ORDERED.**

Date:  07/22/2013

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Robert David Neal
#15151-180
Terre Haute USP
P.O. Box 33
Terre Haute, IN 47808

Gerald.coraz@usdoj.gov